B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Energy Management Technologies, LLC d/b/a EMTech** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**27-0062627** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**405 Front Street, 2nd Floor**<br>**Schenectady, NY**<br>ZIP Code **12305** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Schenectady** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Energy Management Technologies, LLC d/b/a EMTech** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Energy Management Technologies, LLC d/b/a EMTech** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Francis J. Brennan**
Signature of Attorney for Debtor(s)

**Francis J. Brennan 509509**
Printed Name of Attorney for Debtor(s)

**Nolan & Heller, LLP**
Firm Name

**39 North Pearl Street, 3rd Floor**
**Albany, NY 12207**

Address

**518-449-3300  Fax: 518-432-3123**
Telephone Number

**May  7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bernard Santandrea**
Signature of Authorized Individual

**Bernard Santandrea**
Printed Name of Authorized Individual

**Member, President**
Title of Authorized Individual

**May  7, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re **Energy Management Technologies, LLC d/b/a EMTech**　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 405 Front Street - CRM Properties, LLC<br>3 Hemlock Street<br>Latham, NY 12110 | 405 Front Street - CRM Properties, LLC<br>3 Hemlock Street<br>Latham, NY 12110 | Vendor | | 2,703.32 |
| Adtek Enterprises, Inc.<br>P.O. Box 13343<br>Albany, NY 12212 | Adtek Enterprises, Inc.<br>P.O. Box 13343<br>Albany, NY 12212 | Vendor | | 2,755.00 |
| Bagnall Electric, Inc.<br>P.O. Box 577<br>Sherburne, NY 13460 | Bagnall Electric, Inc.<br>P.O. Box 577<br>Sherburne, NY 13460 | Vendor | | 5,769.37 |
| Belimo Aircontrols Inc.<br>P.O. Box 33508<br>Hartford, CT 06150-3508 | Belimo Aircontrols Inc.<br>P.O. Box 33508<br>Hartford, CT 06150-3508 | Vendor | | 10,993.11 |
| Cable Plus, Inc.<br>2012 Corporate Lane, Suite 116<br>Naperville, IL 60563 | Cable Plus, Inc.<br>2012 Corporate Lane, Suite 116<br>Naperville, IL 60563 | Vendor | | 1,326.87 |
| Capital District Physicians Health Plan<br>P.O. Box 4916<br>Syracuse, NY 13221-4916 | Capital District Physicians Health Plan<br>P.O. Box 4916<br>Syracuse, NY 13221-4916 | Vendor | | 4,181.19 |
| ESCO, Inc.<br>c/o Couch White, LLP<br>540 Broadway, P.O. Box 22222<br>Albany, NY 12201-2222 | ESCO, Inc.<br>c/o Couch White, LLP<br>540 Broadway, P.O. Box 22222<br>Albany, NY 12201-2222 | Judgment | | 650,698.70 |
| F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | Vendor (Saratoga Hospital) | | 13,133.42 |
| F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | Vendor (NE Health/Sam) | | 11,071.49 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Energy Management Technologies, LLC d/b/a EMTech** Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | Vendor (TYCO T-0501) | | 8,149.17 |
| F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | Vendor (General Taxable) | | 3,943.69 |
| F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | Vendor (Wintac) | | 2,414.14 |
| F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | F.W. Webb Company<br>Attn: Rita Bryant<br>160 Middlesex Turnpike<br>Bedford, MA 01730 | Vendor (Suco Infrastr T-500) | | 1,619.68 |
| GMAC<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | GMAC<br>P.O. Box 9001948<br>Louisville, KY 40290-1948 | GMAC - NEED VEHICLE DESCRIPTION | | 908.69<br><br>(0.00 secured) |
| Merchants Insurance Group<br>P.O Box 4031<br>Buffalo, NY 14240-4031 | Merchants Insurance Group<br>P.O Box 4031<br>Buffalo, NY 14240-4031 | Vendor | | 4,233.37 |
| NYS Sales Tax Processing<br>JAF Building<br>P.O. Box 1204<br>New York, NY 10116-1205 | NYS Sales Tax Processing<br>JAF Building<br>P.O. Box 1204<br>New York, NY 10116-1205 | Vendor | | 10,444.70 |
| Plumber and Steamfitter Local No. 7<br>Benefits Fund<br>18 Avis Drive<br>Latham, NY 12110 | Plumber and Steamfitter Local No. 7<br>Benefits Fund<br>18 Avis Drive<br>Latham, NY 12110 | Vendor | | 1,911.98 |
| Robert P. McKie<br>d/b/a RPM Controls & Electric<br>1717 South Old Post Road<br>Castleton on Hudson, NY 12033 | Robert P. McKie<br>d/b/a RPM Controls & Electric<br>1717 South Old Post Road<br>Castleton on Hudson, NY 12033 | Vendor | | 5,915.00 |
| Stilsing Electric Inc.<br>P.O. Box 27<br>Rensselaer, NY 12144 | Stilsing Electric Inc.<br>P.O. Box 27<br>Rensselaer, NY 12144 | Vendor | | 8,077.98 |
| TD Ameritrade Institutional<br>4075 Sorrento Valley Blvd., Suite A<br>San Diego, CA 92121 | TD Ameritrade Institutional<br>4075 Sorrento Valley Blvd., Suite A<br>San Diego, CA 92121 | Vendor | | 1,239.64 |

B4 (Official Form 4) (12/07) - Cont.

In re **Energy Management Technologies, LLC d/b/a EMTech**  Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member, President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 7, 2010**    Signature **/s/ Bernard Santandrea**
                                  **Bernard Santandrea**
                                  **Member, President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re  **Energy Management Technologies, LLC d/b/a EMTech**  ,

                Debtor           Case No.

                                  Chapter **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**27-0062627**

## CERTIFICATION OF MAILING MATRIX

I,(we), **Francis J. Brennan**, the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated: **May 7, 2010**

                                                      **/s/ Francis J. Brennan**
                                                      **Francis J. Brennan**
                                                      Attorney for Debtor/Petitioner
                                                      (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com        Best Case Bankruptcy

405 Front Street - CRM Properties, LLC
3 Hemlock Street
Latham, NY 12110


Adtek Enterprises, Inc.
P.O. Box 13343
Albany, NY 12212


Alltek Energy Systems, Inc.
58 Hudson River Road
Waterford, NY 12188


American Risk Management, Ltd.
P.O. Box 9
Johnstown, NY 12095


Bagnall Electric, Inc.
P.O. Box 577
Sherburne, NY 13460


Belimo Aircontrols Inc.
P.O. Box 33508
Hartford, CT 06150-3508


Cable Plus, Inc.
2012 Corporate Lane, Suite 116
Naperville, IL 60563


Capital District Physicians Health Plan
P.O. Box 4916
Syracuse, NY 13221-4916


Carrier Corporation
P.O. Box 905303
Charlotte, NC 28290-5303


Citizens Automobile Finance
P.O. Box 42113
Providence, RI 02940-2113


Coffee Pause
1260 Suffield Street
Agawam, MA 01001-2933

County Waste
P.O. Box 431
Clifton Park, NY 12065


De Lage Landen Financial Services
Ref. No. 000000000305654
P.O. Box 41601
Philadelphia, PA 19101-1601


ESCO Controls, LLC, et al.
c/o Lynch & Hetnan, PLLC
111 State Street
Albany, NY 12207


ESCO, Inc.
c/o Couch White, LLP
540 Broadway, P.O. Box 22222
Albany, NY 12201-2222


F.W. Webb Company
Attn: Rita Bryant
160 Middlesex Turnpike
Bedford, MA 01730


Ford Credit
P.O. Box 220564
Pittsburgh, PA 15227-2564


Ford Credit
P.O. Box 152271
Irving, TX 75015


GMAC
P.O. Box 9001948
Louisville, KY 40290-1948


M&T Bank
101 South Salina Street, 3rd Floor
Syracuse, NY 13202


MCCAA
P.O Box 75413
Baltimore, MD 21275

Merchants Insurance Group
P.O Box 4031
Buffalo, NY 14240-4031


NYS Sales Tax Processing
JAF Building
P.O. Box 1204
New York, NY 10116-1205


Pittney Boews
P.O. Box 856042
Louisville, KY 40285-6042


Plumber & Steamfitters
National Pension Fund
P.O. Box 62031
Baltimore, MD 21264-2031


Plumber and Steamfitter Local No. 7
Benefits Fund
18 Avis Drive
Latham, NY 12110


R&J Sheet Metal Distributors, Inc.
C/O RLT Heating
119 Sheridan Avenue
Albany, NY 12210


Repeat Business Systems-Central Business
4 Fritz Boulevard
Albany, NY 12205


RJ Murray Compay, Inc.
7 Northway Lane
Latham, NY 12110


Robert P. McKie
d/b/a RPM Controls & Electric
1717 South Old Post Road
Castleton on Hudson, NY 12033


Stilsing Electric Inc.
P.O. Box 27
Rensselaer, NY 12144

TD Ameritrade Institutional
4075 Sorrento Valley Blvd., Suite A
San Diego, CA 92121

Windy City Wire
23630 Network Place
Chicago, IL 60673-1236